**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| KRISTINA MARIE MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:16-CV-38 CAS |
| | ) |
| ST. LOUIS COUNTY POLICE DEPARTMENT, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Court ordered plaintiff to submit an address where defendant S. Pujit can be served with process no later than April 27, 2016. Plaintiff has not done so. Additionally, the ninety-day period for service of process expired on April 11, 2016. Fed. R. Civ. P. 4(m). As a result, defendant S. Pujit is dismissed from this action without prejudice.

An Order of Partial Dismissal will be filed separately.

*/s/ Charles A. Shaw*
**CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE**

Dated this __18th__ day of May, 2016.